UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KELLY PATRICK RIGGS,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:16-cv-00709-RDP-HGD |
| } | |
| **LORETTA LYNCH, United States** } | |
| **Attorney General, et al. ,** } | |
| } | |
| Defendants. | |

### MEMORANDUM OPINION

On November 10, 2016, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. On November 28, 2016, Plaintiff filed a Motion styled "Petitioner's Motion Requesting that He Be Granted Leave to Withdraw This Suit Without Prejudice." (Doc. # 21). In his Motion (Doc. # 21), Plaintiff made no objection to the recommendations made by the Magistrate Judge and instead sought "leave to withdraw this action without prejudice."

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that this action be **DISMISSED WITHOUT PREJUDICE**. Accordingly, Plaintiff's November 28, 2016 Motion (Doc. # 21) is **ADMINISTRATIVELY TERMINATED** as **MOOT**.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this November 29, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE